UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC., ALIEN TORT
STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

This Document Relates To:

DERIVATIVE ACTIONS.

**JOINT NOTICE OF THE SPECIAL LITIGATION COMMITTEE
OF CHIQUITA BRANDS INTERNATIONAL, INC. AND PLAINTIFFS
CONCERNING A SETTLEMENT IN THE DERIVATIVE ACTION**

The Special Litigation Committee of the Board of Directors of Chiquita Brands International, Inc. ("SLC"), by its counsel, and plaintiffs, by their counsel Coughlin, Stoia, Geller, Rudman & Robbins LLP and Cohen, Placitella & Roth, P.C. ("Co-Lead Counsel"), hereby provide this notice to advise the Court of a settlement reached between the SLC and the plaintiffs in the above-captioned derivative action (the "Derivative Action") and state the following:

1. On February 25, 2009, the SLC filed its report summarizing its investigation of plaintiffs' claims and, in the exercise of its business judgment under New Jersey law, concluding that such claims should be dismissed (the "SLC Report").

2. Concurrent with the filing of the SLC Report, the SLC also moved to dismiss the Derivative Action.

3. As the parties have advised the Court at various points following the filing of the SLC Report, the SLC and plaintiffs have engaged in good faith and productive discussions concerning a potential resolution of the Derivative Action.

4. On October 5, 2009, plaintiffs and the SLC participated in a mediation held before former U.S. District Judge Layn Phillips in an attempt to resolve certain aspects of a potential settlement. By report dated October 9, 2009, the SLC advised the Court that the mediation did not result in a negotiated resolution and that the parties would meet and confer regarding next steps to be taken with respect to the SLC's motion to dismiss.

5. Nonetheless, the parties continued to engage in good faith and productive discussions concerning a potential resolution of the Derivative Action.

6. As a result of those continued discussions, the SLC and plaintiffs have agreed to settle the Derivative Action and the shareholder derivative lawsuit pending in the Ohio Court of Common Pleas captioned *Serv. Employees Int'l Union, derivatively on behalf of Chiquita Brands International, Inc. v. Hills, et al.*, No. A07-11383 (Ct. of Common Pleas, Hamilton County Ohio), subject to execution of a final settlement agreement, certain confirmatory discovery, and approval by the Court.

7. The parties intend to file a motion pursuant to Federal Rule of Civil Procedure 23.1 seeking the Court's approval of the settlement in the near future.

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
*Attorneys for Plaintiff*
PAUL J. GELLER
Florida Bar No. 984795
pgeller@csgrr.com
DAVID J. GEORGE
Florida Bar No. 0898570
dgeorge@csgrr.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
Fax: 561/750-3364

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
*Attorneys for Plaintiff*
PATRICK J. COUGHLIN
ARTHUR C. LEAHY
SAMANTHA A. SMITH
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Fax: 619/231-7423

COHEN, PLACITELLA & ROTH, P.C.
*Attorneys for Plaintiff*
STEWART L. COHEN
HARRY M. ROTH
Two Commerce Square, Suite 2900
2001 Market Street
Philadelphia, PA 19103
Telephone: 215/567-3500
Fax: 215/567-6019

FRIED, FRANK, HARRIS, SHRIVER &
 JACOBSON, LLP
*Attorneys for the Special Litigation Committee of
 Chiquita Brands International, Inc.*
MICHAEL R. BROMWICH
DAVID B. HENNES
WILLIAM G. MCGUINNESS
One New York Plaza
New York, NY 10004
Telephone: 212/859-8000
Fax: 212/859-4000

TEW CARDENAS LLP
*Attorneys for the Special Litigation Committee of
 Chiquita Brands International, Inc.*
JOSEPH A. DEMARIA
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
Telephone: 305/536-1112
Fax: 305/536-1116


    s/Joseph A. DeMaria
Florida Bar No. 764711
jad@tewlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on January 5, 2010.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

By:   s/Joseph A. DeMaria
      Counsel

537067.1

TEW CARDENAS LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 • 305-536-1112