UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-01916-MD-MARRA/JOHNSON
08-20767-KAM

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC., ALIEN TORT
STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

---

This Document Relates To:

DERIVATIVE ACTIONS.

---

**ORDER GRANTING AGREED MOTION FOR A**
**PROTECTIVE ORDER PURSUANT TO FED. R. EVID. 502(D)**

THIS CAUSE having come before the Court on the Agreed Motion for a Protective Order Pursuant to Fed. R. Evid. 502(d) (the "Agreed Motion") submitted by counsel for the plaintiffs and the Special Litigation Committee of the Board of Directors of Chiquita Brands International, Inc. (the "SLC") in this multi-district Derivative Action ("the Derivative Action"). This Court having considered the Agreed Motion and all other relevant factors, it is hereby ORDERED and ADJUDGED that:

The Agreed Motion is GRANTED. This Court orders that the disclosure by the SLC to plaintiffs of Settlement Related Materials, as that term is defined in Paragraph 5 of the Agreed Motion, shall be made pursuant to Fed. R. Evid. 502(d). The Court further orders that the disclosure of such Settlement Related Materials shall not operate as a waiver of the attorney-client privilege or work-product protection in this action, or in any other federal or state proceeding of any kind.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 29th day of June, 2010.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record